UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KORPAK, LTD.,<br><br>                        Plaintiff,<br><br>            -v.-<br><br>WILLIAMS LEA INC.,<br><br>                        Defendant. | 20 Civ. 6880 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      On February 4, 2021, this matter was referred to Magistrate Judge Robert W. Lehrburger for a settlement conference. (Dkt. #25). As the Court understands that the conference before Magistrate Judge Lehburger did not result in a resolution of this matter, the Court directs the parties to submit a letter regarding their proposed next steps on or before March 30, 2021. The letter may propose a briefing schedule on Plaintiff's contemplated motion for partial dismissal of Defendant's counterclaims, should Plaintiff still wish to pursue its motion. (*See* Dkt. #22).

      SO ORDERED.

Dated:    March 16, 2021
              New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge